

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00197-CR

| | | |
|---|---|---|
| TAREQ ALKAYYALI, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1598293D) |
| V. | § | April 20, 2023 |
| | § | Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker